UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **CV 20-6197-MWF(GJSx)** | Date: August 13, 2024 |
| Title **Kim Ngo v. BMW of North America LLC, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER AND ORDER TO SHOW CAUSE**

On April 30, 2024, the Court vacated the Final Pretrial Conference and Jury Trial (May 6 and 28, 2024).  (Prior Order (Docket No. 77)).  The Court also ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's orders.  In response to the Prior Order, Plaintiff filed various Rule 16 documents, and a Declaration of David Lunn.  (Docket Nos. 78–82).

The Court now **ORDERS** the parties to meet and confer, and by no later than **AUGUST 26, 2024**, file an agreed-upon proposal for the Rule 16 deadlines, Final Pretrial Conference, and Jury Trial.  If the parties are unable to agree on dates, they shall file one document with both proposals.

This will serve as an **ORDER TO SHOW CAUSE** to any party who fails or refuses to participate in the preparation and filing of the proposed dates.  Such failure or refusal may result in either Plaintiff's action being dismissed or Defendant's Answer being stricken and default entered.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-6197-MWF(GJSx)**                                         Date:  August 13, 2024

Title          ***Kim Ngo v. BMW of North America LLC, et al.***

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm